# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL SCHWARTZ,            :   No. 98 MAP 2022

           Appellant            :

           v.            :

PENNSYLVANIA STATE POLICE,            :

           Appellee            :

## ORDER

**PER CURIAM**

      **AND NOW,** this 23rd day of November, 2022, the Notice of Appeal is QUASHED. *See* Pa.R.A.P. 3761, Note (explaining that an order from the Commonwealth Court in an enforcement action is to be challenged via a Petition for Allowance of Appeal) (citing *DEP v. Cromwell Twp.*, 32 A.3d 639 (Pa. 2012)).